IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                        *     CASE NO. 12-03102(ESL)

JOSE ALBERTO MELENDEZ TIRADO
MARIA DE LOS A. COTTO HERNANDEZ
                              *
                              *     CHAPTER 13
Debtor (s)                    *

---

NOTICE OF FILING AMENDED PLAN (PRIOR TO CONFIRMATION)

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice is hereby given that debtor filed the attached amended plan
DATED: December 19, 2012.

**Parties in interest are hereby granted twenty one (21) days from
the date of notice to object to the proposed modification of the
plan. Absent good cause, untimely objections shall be denied. If no
opposition is filed within the prescribed period of time the Court
will enter an order granting the motion upon the filing of a
certificate by the movant that adequate notice was given. Should an
opposition be timely filed the Court will schedule the motion for
a hearing as contested matter.**

In Caguas, Puerto Rico this 20 day of December 2012.

-------------------------------------
        s/s LIC. JUAN R. SIERRA
              P.O. Box 5928
              Caguas ,P.R. 00726
              Tel/fax: 744-3175
              USDC-205710

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                Case No. **12-03102 (ESL)**

**MELENDEZ TIRADO, JOSE ALBERTO & COTTO HERNANDEZ, MARIA DE LOS ANGELES**   Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                      ☑ AMENDED PLAN DATED: **12/19/2012**
☒ PRE ☐ POST-CONFIRMATION                       Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | |
|---|---|
| $ **150.00** x **12** = $ **1,800.00** | |
| $ **300.00** x **12** = $ **3,600.00** | |
| $ **400.00** x **12** = $ **4,800.00** | |
| $ **500.00** x **12** = $ **6,000.00** | |
| $ **734.00** x **12** = $ **8,808.00** | |

TOTAL: $ **25,008.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:

_____
_____
_____
☐ Other: _____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **25,008.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ **2,700.00**

Signed: **/s/ JOSE ALBERTO MELENDEZ TIRADO**
Debtor

**/s/ MARIA DE LOS ANGELES COTTO HE**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **MUEBLERIAS BERR** Cr. CRIM Cr. _____
# 3007890901 # _____ # _____
$ **885.92** $ 578.65 $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**CAGUAS COOPT**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to
**JUAN RUIZ VALENTIN**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (Executory contracts; payment of interest to unsecureds, etc.)
**1. LIFT OF STAY ON BEHALF OF CAPITAL ONE. N.A. (CLAIM 15).**

Attorney for Debtor **Juan R. Sierra**                    Phone: **(787) 744-3175**

AMENDED CHAPTER 13 PAYMENT PLAN

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                          *     CASE NO. 12-03102(ESL)

JOSE ALBERTO MELENDEZ TIRADO
MARIA DE LOS A. COTTO HERNANDEZ
                                *
                                *     CHAPTER 13
Debtor (s)                      *

---

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed the above
document with the clerk of the court using the CM/ECF System which
sends a notification of such filling to all parties in this case
registered for receipt of such notice by electronic mail. I further
certify that the foregoing document has been served to the Us
Trustee the Chapter 13 Trustee and by depositing true and correct
copies thereof in the United States mail, postage prepaid, to the
non CM/ECF participants included in the service list attach to the
original thereof.


In Caguas, Puerto Rico this 20 day of December, 2012.


LIC. JUAN R. SIERRA
BOX 5928
CAGUAS, P.R.  00726
PHONE/ FAX: 744-3175
USDC-205710

Label Matrix for local noticing
0104-3
Case 12-03102-EAG13
District of Puerto Rico
Old San Juan
Thu Dec 20 14:10:17 AST 2012

BANCO POPULAR PR
PO BOX 366818
SAN JUAN, PR 00936-6818

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

OAK HARBOR CAPITAL VI LLC
WEINSTEIN & RILEY P S
2001 WESTERN AVE SUITE 400
SEATTLE, WA 98121-3132

PORTFOLIO RECOVERY ASSOCS LLC
PO BOX 41067
NORFOLK, VA 23541-1067

RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AMERICAN EXPRESS
PO BOX 47455
JACKSONVILLE, FL 32247-7455

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express TRS Co Inc Latin American
Division
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American InfoSource LP as agent for
InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK  73126-9093

BANCO POPULAR DE PR
CARD PRODUCTS DIVISION
PO BOX 70100
SAN JUAN, PR  00936-8100

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR 00936-6818

BANCO SANTANDER DE PR
DIVISION DE TARJETAS DE CREDITO - 917
PO BOX 362589
SAN JUAN, PR  00936-2589

CITIBANK  USA NA
PO BOX 6241
SIOUX FALLS, SD  57117-6241

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387

Capital One, N.A.
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712-1083

FIA CARD
PO BOX 15019
WILMINGTON, DE  19886-5019

FIA CARD SERVICES, N.A.
PO Box 15102
Wilmington, DE 19886-5102

GE Capital Retail Bank
Attn: Bankruptcy Department
PO Box 960061
Orlando FL 32896-0661

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

HOME DEPOT
PO BOX 182676
COLUMBUS, OH  43218-2676

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

JC PENNEY
P.O. BOX 960090
ORLANDO, FL  32896-0090

JUAN RUIZ VALENTIN
PO BOX   367
RINCON, PR 00677-0367

MUEBLERIAS BERRIOS
PO BOX 674
CIDRA, PR 00739-0674

Oak Harbor Capital VI, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

PEPBOYS BANK ONE NA
PO BOX 981438
EL PASO, TX  79998-1438

Portfolio Investments II LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605

ROOMS TO GO
C/O HRS USA
P.O. BOX 60107
CITY OF INDUSTRY, CA  91716-0107

Radio Shack Credit Plan
Po Box 689182
Des Moines, IA 50368

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

SAMS
C/O GE MONEY BANK - BANKRUPTCY DEPT.
PO BOX 103104
ROSWELL, GA 30076-9104

SEARS
CARD SERVICE CENTER
PO BOX 6283
SIOUX FALLS, SD  57117-6283

WALMART
PO BOX 960024
ORLANDO, FL  32896-0024

JOSE ALBERTO MELENDEZ TIRADO
HC 07  BOX 33759
CAGUAS, PR 00727-9351

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

JUAN R SIERRA QUINONES
PO BOX 5928
CAGUAS, PR 00726-5928

MARIA DE LOS ANGELES COTTO HERNANDEZ
HC 07 BOX 33759
CAGUAS, PR 00727-9351

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CAPITAL ONE

(d)COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR  00726-1252

(d)Portfolio Recovery Assocs., LLC
POB 41067
Norfolk, VA 23541-1067

End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42